UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE SHELLABARGER; and KENNETH POTTER,<br><br>           Plaintiffs,<br><br>   v.<br><br>DARRIN DICHARRY; KEVIN HALE; RAY MARTINEZ; CITY OF RED BLUFF; and DOES 1 through 10, inclusive,<br><br>           Defendants. | CASE NO.:  2:13CV188 WBS<br><br><br>**ORDER GRANTING PLAINTIFF KENNETH POTTER'S APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

Plaintiff Kenneth Potter filed an application to proceed *in forma pauperis* in the above-entitled matter.  This Court has reviewed the application, and based on the information provided, hereby grants plaintiff's application.

Dated:   February 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE