UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE SHELLABARGER; and KENNETH POTTER,<br><br>Plaintiffs,<br><br>v.<br><br>DARRIN DICHARRY; KEVIN HALE; RAY MARTINEZ; CITY OF RED BLUFF; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:13CV188 WBS<br><br>**ORDER GRANTING PLAINTIFF JENEANE SHELLABARGER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

Plaintiff Jeneane Shellabarger filed an application to proceed *in forma pauperis* in the above-entitled matter. This Court has reviewed the application, and based on the information provided, hereby grants plaintiff's application.

Dated: February 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE