UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE SHELLABARGER; and KENNETH POTTER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DARRIN DICHARRY; KEVIN HALE; RAY MARTINEZ; CITY OF RED BLUFF; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:13CV188 WBS<br><br><br>**ORDER GRANTING PLAINTIFF JENEANE SHELLABARGER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

　　　Plaintiff Jeneane Shellabarger filed an application to proceed *in forma pauperis* in the above-entitled matter. This Court has reviewed the application, and based on the information provided, hereby grants plaintiff's application.

　　　　　　　　　　　　　　　　　　　　　Dated:　February 5, 2013

　　　　　　　　　　　　　　　　　　　　　*/s/ William B. Shubb*
　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE