# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE SHELLABARGER; and KENNETH POTTER,<br><br>Plaintiffs,<br><br>vs.<br><br>DARRIN DICHARRY; KEVIN HALE; RAY MARTINEZ; CITY OF RED BLUFF; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 13-cv-00188-TLN-CMK<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY PRETRIAL SCHEDULING ORDER**<br><br>Date:         January 16, 2014<br>Time:        2:00 p.m.<br>Courtroom:  2 (15th Floor)<br><br>Trial Date:  December 1, 2014 |

Plaintiffs Shellabarger and Potter, and defendants Hale, Martinez and the City of Red Bluff, have collectively filed a Joint Motion to Modify this Court Pretrial Scheduling Order (Dkt No. 17), filed on July 30, 2013 (Dkt No. 15). The motion seeks to (1) extend the discovery cutoff, (2) allow plaintiffs additional time to serve defendant Darrin Dicharry, and (3) allow the filing of a first amended complaint by plaintiffs. The motion and accompanying declaration demonstrate good cause, and therefore, the Court orders that the Pretrial Scheduling Order is amended as follows:

(1) All discovery, with the exception of expert discovery, shall be completed by March 17, 2014;

(2) Plaintiffs may serve defendant Darrin Dicharry. Service must be completed by February 17, 2014; and

(3) Plaintiffs may file the amended complaint, which was attached to the Joint Motion as Exhibit A.

IT IS SO ORDERED.

Dated: January 10, 2014

_____
Troy L. Nunley
United States District Judge