1  CARRIE A. FREDERICKSON, ESQ., SB No. 245199
ANGELO, KILDAY & KILDUFF, LLP
2  Attorneys at Law
601 University Avenue, Suite 150
3  Sacramento, CA  95825
Telephone:  (916) 564-6100
4  Telecopier:  (916) 564-6263
5  Attorneys for Defendants KEVIN HALE, CITY OF RED BLUFF, and RAY MARTINEZ

6  COREY A. EVANS, SBN 218789
EVANS & PAGE
7  2912 Diamond St., Suite 346
San Francisco, CA  94131
8  Attorneys for Plaintiffs

9
LEONARD G. KRUP, ESQ. SBN 49572
10 510 West Wood Street
Willows, CA 95988
11 (530) 798-5022
12 Attorney for Defendant DARREN DICHARRY

13
DENNIS HALSEY, ESQ. SBN 66091
14 Law Office of Dennis Halsey
9 Highland Circle
15 Chico, CA 95926
(530) 345-1976
16 Attorney for Defendant DARREN DICHARRY

17
                    **UNITED STATES DISTRICT COURT**
18
                    **EASTERN DISTRICT OF CALIFORNIA**
19

20 JENEANE SHELLABARGER; and                )  Case No.: 13-cv-00188-TLN-CMK
   KENNETH POTTER,                          )
21                                          )
                            Plaintiffs,     )  **STIPULATION AND ORDER**
22                                          )  **EXTENDING TIME FOR PRETRIAL**
                            vs.             )  **CONFERENCE AND FILING OF**
23                                          )  **PRETRIAL CONFERENCE**
                                            )  **STATEMENT**
24 DARRIN DICHARRY; KEVIN HALE; RAY         )
   MARTINEZ; CITY OF RED BLUFF; and         )
25 DOES 1 through 10, inclusive,            )  **Trial Date:  August 17, 2015**
                                            )
26                                          )
                            Defendants.     )  **Honorable Troy L. Nunley**
27

28
_____
                            -1-
**STIPULATION AND ORDER EXTENDING TIME FOR PRETRIAL CONFERENCE AND
FILING OF PRETRIAL CONFERENCE STATEMENT**

1    Whereas, Defendant Darren Dicharry's motion for summary judgment was taken under

2    submission on February 6, 2015;

3    Whereas, the pending motion for summary judgment raises qualified immunity on behalf

4    of Defendant Dicharry and seeks dismissal of the only cause of action pled against Dicharry, the

5    granting of this motion would result in dismissal of Defendant Dicharry from this case;

6    Whereas Plaintiff and Defendant Dicharry's Motion to Change Time to modify the

7    deadline to disclose expert witnesses was taken under submission on January 23, 2015;

8    Whereas the Court's order on the motion for summary judgment and the Motion to

9    Change Time are still pending;

10    Whereas under the current scheduling order the parties joint pretrial statement is due June

11    11, 2015 and the pretrial conference is scheduled for June 18, 2015;

12    Therefore the parties have stipulated as follows:

13    In light of the pending motion for summary judgment and the Motion to Change Time,

14    the parties request the pretrial conference be continued until **July 16, 2015** or as soon thereafter

15    as the Court's Schedule permits and the joint pretrial statement be due **July 9, 2015**.

16    **IT IS SO STIPULATED**.

17

18    Dated:  June 5, 2015                          ANGELO, KILDAY & KILDUFF, LLP

19

20                                                 By:  /s/ Carrie A. Frederickson
                                                      CARRIE A. FREDERICKSON
21                                                    Attorneys for Defendants
                                                      KEVIN HALE, RAY MARTINEZ, and
22                                                    CITY OF RED BLUFF

23    Dated:  June 5, 2015                          EVANS & PAGE

24

25                                                 By:  /s/ Corey A. Evans
                                                      COREY EVANS
26                                                    Attorney for Plaintiffs JENEANE
                                                      SHELLABARGER and KENNETH
27                                                    POTTER

28

-2-
**STIPULATION AND ORDER EXTENDING TIME FOR PRETRIAL CONFERENCE AND
FILING OF PRETRIAL CONFERENCE STATEMENT**

Dated: June 5, 2015

By: /s/ Dennis Halsey
    LEONARD G. KRUP
    DENNIS HALSEY
    Attorneys for Defendant DARREN
    DICHARRY

IT IS SO ORDERED:


     The Pretrial Conference is now set for July 16, 2015 at 2:00 pm., and the Pretrial

Conference Statement is now due July 9, 2015.


Dated: June 11, 2015

_____
Troy L. Nunley
United States District Judge

-3-
**STIPULATION AND ORDER EXTENDING TIME FOR PRETRIAL CONFERENCE AND
FILING OF PRETRIAL CONFERENCE STATEMENT**