CARRIE A. FREDERICKSON, ESQ., SB No. 245199
ANGELO, KILDAY & KILDUFF, LLP
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263
Attorneys for Defendants KEVIN HALE, CITY OF RED BLUFF, and RAY MARTINEZ

COREY A. EVANS, SBN 218789
EVANS & PAGE
2912 Diamond St., Suite 346
San Francisco, CA  94131
Attorneys for Plaintiffs

LEONARD G. KRUP, ESQ. SBN 49572
510 West Wood Street
Willows, CA 95988
(530) 798-5022
Attorney for Defendant DARREN DICHARRY

DENNIS HALSEY, ESQ. SBN 66091
Law Office of Dennis Halsey
9 Highland Circle
Chico, CA 95926
(530) 345-1976
Attorney for Defendant DARREN DICHARRY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENEANE SHELLABARGER; and KENNETH POTTER, | Case No.: 13-cv-00188-TLN-CMK |
| Plaintiffs, | **STIPULATION AND ORDER TO VACATE DATES** |
| vs. | **Trial Date:  August 17, 2015** |
| DARRIN DICHARRY; KEVIN HALE; RAY MARTINEZ; CITY OF RED BLUFF; and DOES 1 through 10, inclusive, | **Honorable Troy L. Nunley** |
| Defendants. | |

-1-
**STIPULATION AND ORDER TO VACATE DATES**

1 The parties filed a stipulation and order to continue the pretrial conference deadlines on June 5, 2015, and the court signed the order on June 11, 2015. For the following reasons, the parties hereby request that this Court vacate the upcoming dates and deadlines until certain pending motions are resolved.

Whereas, Defendant Darren Dicharry's motion for summary judgment was taken under submission on February 6, 2015;

Whereas, the pending motion for summary judgment raises qualified immunity on behalf of Defendant Dicharry and seeks dismissal of the only cause of action pled against Dicharry, the granting of this motion would result in dismissal of Defendant Dicharry from this case;

Whereas Plaintiff and Defendant Dicharry's Motion to Change Time to modify the deadline to disclose expert witnesses was taken under submission on January 23, 2015;

Whereas the Court's order on the motion for summary judgment and the Motion to Change Time are still pending;

Whereas under the current schedule the parties joint pretrial statement is due July 9, 2015 and the pretrial conference is scheduled for July 16, 2015; the trial date is set for August 17, 2015.

Therefore the parties have stipulated as follows:

In light of the pending motion for summary judgment and the Motion to Change Time, the parties request that all pending dates be vacated and the parties agree to file a joint scheduling conference statement within 30 days of the resolution of the pending motions, said statement would outline the parties' availability for trial and hearings.

**IT IS SO STIPULATED**.

Dated:  July 8, 2015                    ANGELO, KILDAY & KILDUFF, LLP


                                        By:  */s/ Carrie A. Frederickson*
                                             CARRIE A. FREDERICKSON
                                             Attorneys for Defendants
                                             KEVIN HALE, RAY MARTINEZ, and
                                             CITY OF RED BLUFF

**STIPULATION AND ORDER TO VACATE DATES**

Dated: July 8, 2015                              EVANS & PAGE

                                                 By: /s/ Corey A. Evans (as Authorized on 7/9/15)
                                                     COREY EVANS
                                                     Attorney for Plaintiffs JENEANE
                                                     SHELLABARGER and KENNETH
                                                     POTTER

Dated: July 8, 2015

                                                 By: /s/ Dennis Halsey (as authorized on 7/9/15)
                                                     LEONARD G. KRUP
                                                     DENNIS HALSEY
                                                     Attorneys for Defendant DARREN
                                                     DICHARRY

**It is so ordered.**

      **All dates are hereby vacated, including the trial date, and the parties are ordered to file a joint scheduling conference statement within 30 days of the resolution of the pending motions.**

Dated: July 13, 2015                             [signature]
                                                 Troy L. Nunley
                                                 United States District Judge