UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE SHELLABARGER, and KENNETH POTTER, | CASE NO.: 2:13-cv-00188-TLN-CMK |
| Plaintiffs, | **ORDER FOR DISMISSAL AS TO DEFENDANT DARRIN DICHARRY** |
| v. | |
| DARRIN DICHARRY, et al. | Complaint filed: January 29, 2013 |
| Defendants. | |

Based upon the stipulation for dismissal filed by plaintiffs and defendant Darrin Dicharry, this Court hereby Orders that plaintiffs' claims against defendant Darrin Dicharry are dismissed with prejudice and each side is to bear their own costs and fees. This dismissal has no relation to any claims, damages and/or costs/fees that plaintiffs have against other defendants in this action.

Dated: November 5, 2015

Troy L. Nunley
United States District Judge