UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENEANE SHELLABARGER, and KENNETH POTTER. <br><br> Plaintiffs, <br><br> v. <br><br> DARRIN DICHARRY, et al., <br><br> Defendants. | No.  2:13-cv-00188-TLN-CMK <br><br> **ORDER RESCHEDULING FINAL PRETRIAL CONFERENCE** |

This matter is currently set for trial on June 5, 2017.  However, due to a conflict with Counsel's calendar, the Court hereby VACATES the Final Pretrial Conference Hearing set for March 23, 2017.  This matter is reset for May 4, 2017 at 2 p.m. in Courtroom 2.  The Joint Pretrial Conference Statement shall be due by April 27, 2017.

Due to the short time frame between the Final Pretrial Conference and the trial date, the Court hereby orders the parties to meet and confer as to whether both parties are willing to attend a settlement conference before a magistrate judge.  The parties are hereby ordered to file a joint statement with this Court within fourteen (14) days of the entry of this order notifying the Court as to whether a settlement conference would be beneficial.

1

1       IT IS SO ORDERED.

2 Dated: March 15, 2017

                                    Troy L. Nunley
                                    United States District Judge

2