COREY PAGE (EVANS), SBN 218789
EVANS & PAGE
2912 Diamond St., Suite 346
San Francisco, CA 94131
Attorneys for Plaintiffs

AIME MCTAVISH, ESQ., SB No.242372
ANGELO, KILDAY & KILDUFF, LLP
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263
Attorneys for Defendants KEVIN HALE, CITY OF RED BLUFF, and RAY MARTINEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENEANE SHELLABARGER; and KENNETH POTTER, <br><br> Plaintiffs, <br><br> vs. <br><br> DARRIN DICHARRY; KEVIN HALE; RAY MARTINEZ; CITY OF RED BLUFF; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:13-cv-00188-TLN-CMK <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR FILING OF PRETRIAL CONFERENCE STATEMENT** <br><br> **Trial Date: November 6, 2017** <br><br> **Honorable Troy L. Nunley** |

Whereas under the current scheduling order the parties joint pretrial statement is due August 31, 2017, and the pretrial conference is scheduled for September 7, 2017;

Whereas the spouse of the attorney for plaintiffs had an unplanned medical procedure, necessitating the extension of time to prepare the statement. Defendants do not object to this request based on this reason; and

Whereas the parties seek additional time to complete the pretrial conference statement.

Therefore the parties have stipulated as follows, and request a court order:

The parties request that the joint pretrial statement be due **September 5, 2017**.

**IT IS SO STIPULATED**.

Dated: August 28, 2017            ANGELO, KILDAY & KILDUFF, LLP

By: */s/ Amie McTavish*
AMIE MCTAVISH
Attorneys for Defendants
KEVIN HALE, RAY MARTINEZ, and CITY OF RED BLUFF

Dated: August 28, 2017            EVANS & PAGE

By: */s/ Corey A. Evans*
COREY EVANS
Attorney for Plaintiffs JENEANE SHELLABARGER and KENNETH POTTER

The Pretrial Conference Statement is now due September 5, 2017.

**IT IS SO ORDERED.**

Dated: August 28, 2017

_____
Troy L. Nunley
United States District Judge